UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
GALERIE JACQUES DE LA BERAUDIERE, S.A.,   :
:
Plaintiff,   :
:   22-cv-720 (LJL)
-v-   :
:   ORDER
EDWARD TYLER NAHEM FINE ART, LLC,   :
:
Defendant.   :
:
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2022

LEWIS J. LIMAN, United States District Judge:

    On February 14, 2022, Plaintiff filed a notice of voluntary dismissal in this case. Dkt. No. 6. Thereafter, the Clerk's Office noted that there was an error in filing the notice and directed counsel to refile the notice using the correct procedure. No renewed notice of voluntary dismissal has appeared on the docket, and the case remains open.

    It is hereby ORDERED by October 11, 2022, Plaintiff shall refile its notice of voluntary dismissal or otherwise provide an update as to the status of the case. If no filing is made by October 11, 2022, the Court will dismiss the case without prejudice for failure to prosecute.

    SO ORDERED.

Dated: September 26, 2022
       New York, New York

                                            LEWIS J. LIMAN
                                            United States District Judge